IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEWEL TRUCKING, INC.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-033-bbc

FREIGHTLINER LLC,
n/k/a Daimler Trucks North America LLC,

    Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jewel Trucking, Inc. in the following sums:

| | |
|---|---|
| Damages to date (twice plaintiff's pecuniary loss) | $255,039.72 |
| Interest (5% from December 28, 2009 to February 28, 2010) | $ 2,166.28 |
| Interest (12% from March 1, 2010 to November 23, 2010 under sec. 807.01, Wis. Stats.) | $ 22,471.44 |
| Double costs pursuant to sec. 807.01, Wis. Stats | $ 13,968.60 |

Approved as to form this 21st day of December, 2010.

*Barbara B. Crabb* (signature)
Barbara B. Crabb,
District Judge

*Peter Oppeneer* (signature)
Peter Oppeneer, Clerk of Court

12/22/10
Date